Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

UNITED STATES
BANKRUPTCY COURT

2011 JAN -3 PM 1: 11

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR

## THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: <br><br> JEREMY BLAINE FISHER <br> DANIELLE MARIE FISHER <br><br> Debtor(s). | Case No. 08-26482 <br> Chapter 7 <br><br> Judge: JUDITH A. BOULDEN |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

__x__ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

____ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 3 | Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South<br>P. O. Box 3194<br>Salt Lake City UT 84110-3194 | 4.99 |



A check in the amount of $4.99 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of December, 2010.

PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of December, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

HINES, DANE L.
210 WEST 200 NORTH
#206
PROVO, UT 84601